UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERYL BRODSKY,

Plaintiff,

-against-

THE NEW YORK CITY CAMPAIGN FINANCE BOARD, STEVEN BANKS, HILLARY WEISMAN, JUSTICE EILEEN A. RAKOWER, JIHEE G. SUH, and FORMER NYC EMPLOYEES,

Defendants.

26-CV-7892 (LTS)

Order Directing Payment of Fee or Amended IFP Application

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this court, a plaintiff must either pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request authorization to proceed without prepayment of fees, submit a completed and signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but her responses do not establish that she is unable to pay the fees. Plaintiff states that she has retirement income but does not state how much it is or what her expenses are. Thus, the Court is unable to conclude that Plaintiff cannot afford the fees.

Accordingly, within 30 days of the date of this order, Plaintiff must either pay the $405.00 in fees or complete, sign, and submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 26-CV-7892, and address the deficiencies described above by providing facts to establish that she is unable to pay the fees to bring this action. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, this action shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: October 5, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge