UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERYL BRODSKY,

Plaintiff,

-v-

THE NEW YORK CITY CAMPAIGN FINANCE BOARD *et al.*,

Defendants.

26 Civ. 7892 (PAE) (GS)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 8, 2026, plaintiff, proceeding *pro se*, commenced this action. Dkt. 1. Plaintiff previously filed several *pro se* actions arising from efforts by the New York City Campaign Finance Board to recover public-match campaign funds that plaintiff received during her unsuccessful 2005 campaign for a New York City Council seat. *See* Dkt. 12 at 1–5. Each was dismissed, and each dismissal was in turn affirmed by the Second Circuit by summary order. *Id.* at 1–2. In this action, plaintiff seeks to declare void the Court's judgment of dismissal in the most recent action prior to this. Dkt. 1.

Plaintiff now moves to disqualify the Court, and United States Magistrate Judge Gary Stein, who issued the report and recommendation that the Court adopted in dismissing the prior action. *See* Dkts. 11–13. Judge Stein has issued a thorough and considered order denying the motion for recusal as to him. Dkt. 19. The order explains that plaintiff's attempt to void the Court's judgment rests on a legal misapprehension, and that plaintiff's recusal motions are without any basis in law or in the record. The Court adopts in full the reasoning of Judge Stein's order denying the motion for recusal as to him, and denies the motion for recusal as to this Court.

The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 11 and 13.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 6, 2026
New York, New York